AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

3636 SIXTEENTH STREET, NW
APARTMENT #1039
WASHINGTON, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    MARK LEEPER    being duly sworn depose and say:

I am a(n)    Special Agent with the US Immigration and Customs Enforcement (ICE)    and have reason to believe
             (Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
Apartment #1039, on the 10th floor, located in the Woodner at 3636 Sixteenth Street, NW, Washington, DC, a multi-story brick apartment complex with a circular driveway leading up to the two entry doors comprised of glass.

there is now concealed a certain person or property, namely (describe the person or property to be searched)
Please see Affidavit, and Attachment A and B for more details.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**evidence, fruits, and instrumentalities of the crimes**

concerning a violation of Title   18   United States Code, Section(s)  § 1546(a) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

FREDERICK W. YETTE
Federal Major Crimes Section
(202) 353-1666

Signature of Affiant
Mark Leeper, Senior Special Agent
US Immigration and Customs Enforcement (ICE)

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer           Signature of Judicial Officer