**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent (SSA) for the United States Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS), which was previously known as the Immigration and Naturalization Service (INS). I have been employed by the INS and ICE since May 1996 and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. office (SAC/DC) in Fairfax, Virginia.

2. My duties as an SA with ICE include, but are not limited to investigating the illicit manufacture of immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after having been deported or removed.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence obtained during this investigation. I have also relied on information provided by confidential, reliable sources in this affidavit in support of an application for a warrant to search the residence located at xxxx 16th Street., NW, Apt. xxxx, in Washington, DC. This

affidavit is not intended to include every fact observed by me or known to the government.

4.  I have conducted an investigation and have obtained evidence that I submit in this affidavit in support of an application for a warrant to search apartment #xxxxx, located in a multi-unit apartment complex commonly referred to as "xxxx xxxxx", at xxxx 16th Street., NW, in the District, in order to seize evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1546(a), Fraud and Related Activity in Connection with Identification Documents.  The structure is a multi-story brick apartment complex with a circular driveway leading up to the two entry doors comprised of glass.  Apartment xxxx is located on the tenth floor of the building.  To reach Apartment xxxx, one exits the elevator on the 10th floor, executes a right and then an immediate left down a long hallway.  At the end of the hallway, one takes a right and the door to Apartment xxxx is directly at the end of this corridor.  The door to Apartment xxxx is blue in color and is clearly marked with the letter and numbers, "xxxxx", prominently marked on the gray doorknocker and peephole above it.  Above the door on the right side, a bar code sticker is adhered to the doorframe.

5.  Based on my experience and training, I know that persons, usually aliens, manufacture counterfeit resident alien cards, social security cards and other false identity documents.  The counterfeit documents are then sold to

undocumented individuals who are illegally in the United States or who do not have permission to work in the United States. This investigation has revealed adoption of a modus operandi by those engaged in the business of manufacturing and selling illegal immigration documents which is used to obstruct detection, surveillance, and apprehension. Using this technique, it is typical for the illicit card vendors on the 1600 to 1800 blocks of Columbia Road, NW, Washington, DC, to solicit orders from customers on the street by obtaining the customer's identifying information and photographs that they then pass to a second individual through a series of hand-to-hand transfers. Sometimes these orders are compiled and then passed onto a third individual, the deliveryman, who is waiting inside a business also located in this two-block area of Columbia Road. The deliveryman either takes the information himself or passes it on to someone else to take it to a "document mill", where the information is used to create the actual illegal document. Other times the venders use a cell phone to call the document mill and place the order. These document mills are often located near but not on the street where the orders are taken, usually in an apartment building. When the documents are ready, usually within an hour or two, the deliveryman brings the documents back to Columbia Road where they are passed through another series of hand-to-hand transfers to the original vendor who gives them to the buyer in exchange for money. Often, with the counterfeit

immigration documents, a false social security card is also included in the sale.

    6. Since April 2002 and continuing through the present date, SAC/DC has been investigating the manufacture and distribution of counterfeit INS and identity documents in and around the 1600 to 1800 blocks of Columbia Road, NW, Washington, D.C. During the course of this investigation, it has been discovered that the individuals who sell fraudulent documents routinely reside together in apartments throughout Washington, DC. These individuals, primarily undocumented aliens from Mexico, usually present fraudulent Resident Alien and Social Security cards under fictitious names to management in order to complete lease agreements and obtain residences. Additionally, it is commonplace for these individuals to keep materials used in the fraudulent document trade in their residences including items hidden in closets, clothes, dresser drawers and other personal spaces. Such materials sometimes include new orders for illegal documents, consisting of business card sized pieces of paper with customer names and Social Security numbers written on them, as well as completed fraudulent document products including Resident Alien cards, Employment Authorization cards and Social Security cards.

    7. On past occasions, that is, June 30, 2004, August 10, 2005 and January 22, 2006, your affiant and other agents have conducted consensual searches of the residences of individuals who were selling fraudulent documents in

Washington, DC.  Agents apprehended illegal document vendors at these locations.  During the searches, agents routinely saw in plain view completed fraudulent documents sitting on top of the nightstands and in the areas immediately surrounding the beds in these apartments as well as ¾ profile photographs that are typically used to make fraudulent identity documents.

    8.  During May 2005, your affiant received information from a cooperating private individual (CPI) familiar with the fraudulent document trade who indicated that several members of one fraudulent document organization reside at xxxxx 16th Street NW, Apartment xxxx, in Washington, DC.  Recently, within the last two months, this same CPI has continued to provide information regarding this specific apartment and its use in the fraudulent document trade.

    9.  On June 6, 2006, your affiant received information from a Confidential Informant (CI) that several document vendors reside at xxxx 16th Street NW, #xxxx, including one known as "Peto", who is currently in charge of the organization.  According to the CI, "Peto" may have been arrested previously along Columbia Road in Washington, DC, and deported to Mexico. This CI has provided reliable information on numerous occasions in the past, and the information regarding Peto's prior deportation has been confirmed.

    10.  During the course of this investigation, several cooperating individuals familiar with the fraudulent

document trade have identified from photographs, a document vendor known as "Peto." "Peto" was arrested by ICE on November 17, 2004, along the 1700 block of Columbia Road NW in Washington, DC, and subsequently deported to Mexico on January 11, 2005. At the time of his arrest, "Peto" provided his true name as Alberto Martin VASQUEZ-SORIANO.

11. On June 7, 2006, your affiant visited with the Management Office for the xxxxxxxx located at xxxx 16th Street, NW, in Washington, DC, regarding Apartment xxxx. A management office employee was shown several pictures of known fraudulent document vendors including a photograph of Claudio Santos VASQUEZ-SORIANO, the brother of Alberto Martin VASQUEZ-SORIANO, known as "Peto." The management employee recognized Claudio Santos VASQUEZ-SORIANO as a tenant of The xxxxxxx. Claudio Santos VASQUEZ-SORIANO was arrested on May 8, 2002, while attempting to solicit customers along the 1700 block of Columbia Road, NW, in Washington, DC. Claudio Santos VASQUEZ-SORIANO was subsequently deported to Mexico on June 26, 2002.

12. Upon review of the lease records for Apartment xxxx, it was determined that Carlos V. MEDINA, and Pablo GONZALES are the current leaseholders. A copy of the Resident Alien cards utilized to secure the lease for Carlos V. MEDINA and Pablo GONZALES were maintained in the file. The Resident Alien cards for Carlos V. MEDINA with Alien Registration Number, Axx xxx xxx, and birth date,

xx/xx/xxxx, and Pablo GONZALES with Alien Registration Number, Axx xxx xxx, and birth date, xx/xx/xxxx, also clearly displayed the photographs embedded on these cards. The photograph on the Resident Alien card for Carlos V. MEDINA was then identified by management and your affiant as having a strong resemblance to, and appearing to be, Claudio Santos VASQUEZ-SORIANO. Additionally, Carlos V. MEDINA and Pablo GONZALEZ listed on lease records the following Social Security numbers respectively, xxx-xx-xxxx and xxx-xx-xxxx.

   13.  On June 8, 2006, DHS computer indices checks revealed that the Alien Registration Number, Axx xxx xxx, displayed on the card for Carlos V. MEDINA is assigned to a different individual and does not match the information on the card that was presented in order to obtain the lease. The Alien Registration Number, Axx xxx xxx, displayed on the card for Pablo GONZALES, is also assigned to another individual and does not match the information on the card that was presented for the lease.

   14.  On June 8, 2006, your affiant contacted the Social Security Administration (SSA) to determine if the social security numbers provided by MEDINA, SS# xxx-xx-xxxx, and GONZALES, SS# xxx-xx-xxxx, belonged to them. The SSA indicated that the numbers belong to two deceased individuals and not to MEDINA and GONZALES. In addition, the SSA has no record of any individuals named Carlos V.

MEDINA with the date of birth of July xx, xxxx or Pablo GONZALES with the date of birth of May xx, xxxx.

15.  Based upon the information found in this affidavit, there is probable cause to believe that a person or persons have committed a serious felony offense against the United States, in violation of Title 18, United States Code, Section 1546(a), and probable cause to believe that located within Apartment xxxx, located at xxxx Sixteenth Street, NW, Washington, DC, are the fruits, evidence and instrumentalities of a crime, namely knowingly and unlawfully possessing fraudulent identity documents, including fraudulent resident alien cards and fraudulent social security cards in violation of Title 18, United States Code, Section 1546(a).  Accordingly, I request a search warrant for the premises described in Attachment A, in order to seize evidence, contraband, fruits and instrumentalities of the aforementioned violations, including the documents and objects listed in Attachment B.

\_\_\_\_\_

                                        _____

                                        Mark C. Leeper
                                        Sr. Special Agent
                                        Immigration & Customs
                                        Enforcement

Sworn to and subscribed before me this \_\_\_\_\_ day of June, 2006.

_____
JUDGE

_____
UNITED STATES MAGISTRATE

Case 1:06-mj-00273-JMF   Document 1-2   Filed 06/13/2006   Page 10 of 10