**ATTACHMENT A**
<u>**DESCRIPTION OF PREMISES TO BE SEARCHED**</u>

xxxx 16th Street, NW, is a multi-story brick apartment complex located in the city of Washington, D.C.  There is a large sign in the front of the building with the address "xxxx 16th Street NW" and the name "The xxxxxxx". A circular driveway leads up to the two entry doors comprised of glass and Apartment xxxx is located on the tenth floor of the building.  To reach Apartment xxxx, one exits the elevator on the 10th floor, executes a right and then an immediate left down a long hallway.  At the end of the hallway, one takes a right and the door to Apartment xxxx is directly at the end of this corridor.  The door to Apartment xxxx is blue in color and is clearly marked with the letter and numbers, "x-xxxx," prominently marked on the gray doorknocker and peephole above it.  Above the door on the right side, a bar code sticker is adhered to the doorframe.