**ATTACHMENT "B"**
**ITEMS TO BE SEIZED**

Evidence, instruments, and proceeds of the crimes described in the attached affidavit, namely:

Material and equipment related to the manufacture, preparation, and/or sale of fraudulent identity documents, including but not limited to fraudulent social security cards, resident alien cards and employment authorization cards (and any blank laminates or incomplete cards for such identity documents), rubber stamps, seals, printing equipment, reproduction equipment, photographic equipment, photographic reproduction equipment, laminating machines, letterheads, typewriters, notebooks, day-timers, cellular telephones, pagers, copiers, scanners, and the proceeds from the sales of illegal identity documents.