AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

WASHINGTON, DC

CASE NUMBER: ⌐             ⌐ 1 ⌐

TO:  __Mark Leeper__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  __Senior Special Agent Mark Leeper__  who has reason to believe that ☐ on the person or ☒ on the premises known as  (name, description and or location)

Apartment #1039, on the 10th floor, located in the Woodner at 3636 Sixteenth Street, NW, Washington, DC, a multi-story brick apartment complex with a circular driveway leading up to the two entry doors comprised of glass.

there is now concealed a certain person or property, namely (describe the person or property)

Please see Affidavit, and Attachment A and B for more details.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____ June 23, 2006 _____

(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____
Date and Time Issued

_____
Name and Title of Judicial Officer

at Washington, D.C.

_____
Signature of Judicial Officer

Bureau of Customs and Border Protection

**3134337**

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. |
|---|

| 2. Incident No. |
|---|

| 3. Investigative Case No. |
|---|

| 4. Enforce No. |
|---|

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy) 6/20/2006 | 7. Time Seized (Use 24 Hrs) 0730 | 8. FDIN/Misc. |
|---|---|---|---|

**9. Seized From:**
Name:

Address.

WASHINGTON, DC

Telephone No. (    )    Ext:

**10. Entry No.**

**11. Seal or Other ID Nos.**

**12. Remarks:**

**13. Send Correspondence to:**

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | US CURRENCY | | | | | $ 14,207 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer SA. MARK LEEPER | Print Name | x _(signature)_ Signature | 6/20/06 Date |
|---|---|---|---|

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001 | US CURRENCY | M. Duffy SA/ASB/ICE | Mark Leeper | 6/20/06 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (03/04)

CBP Retains Original

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6/13/06 | DATE AND TIME WARRANT EXECUTED<br>6/20/06    0600 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>, 1039 NW  On Kitchen Table |
| INVENTORY MADE IN THE PRESENCE OF    Special Agent Mark Oatfy & Mark Leeper | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See  attached  5 pages.

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

Date    6/29/06

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3134343

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐ No ☐  If yes, CBP 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 6/20/2006 | 7. Time Seized (Use 24 Hrs) 0730 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: | 10. Entry No. | 11. Seal or Other ID Nos. 0816730 |
|---|---|---|

Address: WASHINGTON, DC

Remarks: W/ CHARGER

Telephone No. (  )     Ext:

13. Send Correspondence to:

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 002 | CELL PHONES | | | 5 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer SA MARK LEEPER (Print Name) | x [signature] (Signature) | 6/20/2006 (Date) |
|---|---|---|

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (03/04)

CBP Retains Original

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

3134341

Handbook 5200-09

| 1. FPF No. | | |
|---|---|---|

3. Investigative Case No.

2. Incident No.

4. Enforce No.

5. Prior Detention?
Yes ☐   No ☐   If yes, CBP 6051D No. _____

6. Date Seized (mm/dd/yyyy): 6/20/2006   7. Time Seized (Use 24 Hrs): 0730   8. FDIN/Misc.

9. Seized From:
Name: _____

10. Entry No.

11. Seal or Other ID Nos. 0394306

Address:

WASHINGTON, DC

12. Remarks:

Telephone No. (   )         Ext:

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 003 | MISC ELECTRONIC EQUIP | | | ~~XX~~ 5 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

15. Seizing Officer

SA MARK LEEPER
Print Name           x           Signature           Date 6/20/2006

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

5 Form 6051A Continuation Sheet Attached?   Yes ☐   No ☐

CBP Retains Original

CBP Form 6051S (03/04)

01)

**Continuation Sheet**

**RECEIPT FOR DETAINED OR SEIZED PROPERTY**

Handbook 5200-09

| 1. Page | 2 | of | 2 |
| 2. CF 6051S or D No. | 3134341 | | |

| 3. FPF No. | 4. Investigative Case No. or IA File No. |
|---|---|

**FOR DETENTIONS ONLY**

### 5. PROPERTY (By Line Item) Attach CF 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value | f. Samples sent to the Customs Lab Yes or No | Date |
|---|---|---|---|---|---|---|---|---|
| 003 | Sony Handycam Serial # 362422 | | | | | $ | Yes ☐ No ☐ | / / |
| | Nikon Cool Pix Camera Serial # 3014710S | | | | | $ | Yes ☐ No ☐ | / / |
| | iPod 4GB Serial # 5UG03DPCTK2 | | | | | $ | Yes ☐ No ☐ | / / |
| | iPod 2GB Serial # 7J53607VSZB | | | | | $ | Yes ☐ No ☐ | / / |
| | iPod 2GB Serial # 5U535WDYSZB | | | | | $ | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |
| | | | | | | $ | Yes ☐ No ☐ | / / |

### 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Customs Form 6051A (11/01)

DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3134376

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. ☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | 2. Incident No. ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |
|---|---|
| 3. Investigative Case No. ☐☐☐☐☐-☐☐☐☐☐☐ | 4. Enforce No. ☐☐☐☐☐☐☐☐☐☐☐ |

| 5. Prior Detention? Yes ☐ No ☐  If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 6/20/2006 | 7. Time Seized (Use 24 Hrs) 0730 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: _____ | 10. Entry No. | 11. Seal or Other ID Nos. 0394308 |
|---|---|---|
| Address: WASHINGTON, DC | 12. Remarks: | |
| Telephone No. ( )    Ext: | | |

13. Send Correspondence to:

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 004 | VHS CASSETTEE TAPES | | | 6 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer  SA MARK LEEPER   Print Name | x  Signature | Date 6/20/2006 |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Form 6051S (03/04)

CBP Retains Original

Bureau of Customs and Border Protection

3134344

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|

| 5. Prior Detention?<br>Yes ☐  No ☐  If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy)<br>6/20/2006 | 7. Time Seized (Use 24 Hrs)<br>0730 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From:<br>Name: _____<br><br>Address: _____<br><br>WASHINGTON, DC<br><br>Telephone No. ( )          Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 005 | Misc Doc's | 1X  20 | BG | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer<br>SA MARK LEEPER<br>Print Name | x | Signature | 6/20/2006<br>Date |
|---|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Form 6051S (03/04)

CBP Retains Original